# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESEREE ANTONIO JOHNSON

NO. 2023 KW 0358

**JULY 5, 2023**

---

In Re:    Deseree Antonio Johnson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2200377.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

WIL
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT